UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **NJOCK EYONG,** | : | VIOLATIONS:   18 U.S.C. § 912 |
| **Defendant.** | : | (False Personation of a Federal Official of the |
| | : | United States); |
| | : | 18 U.S.C. § 1546(a) |
| | : | (Possession of Fraudulent Documents |
| | : | Prescribed for Entry into the United States); |
| | : | 18 U.S.C. § 1343 |
| | : | (Fraud by Wire Scheme/Artifice to Defraud); |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

Between on or about May 1, 2003 to on or about May 13, 2003, within the District of Columbia, the defendant, **NJOCK EYONG,** did falsely assume and pretend to be a federal official of the United States, acting under the authority thereof, that is, Congressman Donald M. Payne, and in such assumed and pretended character, demanded that a United States visa be issued.

**(False Personation of a Federal Official of the United States**, in violation of Title 18, United States Code, Section 912)

## COUNT TWO

Between on or about August 19, 2003 to on or about September 17, 2003, within the District of Columbia, the defendant, **NJOCK EYONG,** did falsely assume and pretend to be a federal official of the United States, acting under the authority thereof, that is, Congressman Donald M. Payne, and in such assumed and pretended character, demanded that a United States visa be issued.

**(False Personation of a Federal Official of the United States**, in violation of Title 18, United States Code, Section 912)

## COUNT THREE

Between on or about August 19, 2003 to on or about September 17, 2003, within the District of Columbia, the defendant, **NJOCK  EYONG,** did falsely assume and pretend to be a federal official of the United States, acting under the authority thereof, that is, Congressman Donald M. Payne, and in such assumed and pretended character, demanded that a United States visa be issued.

**(False Personation of a Federal Official of the United States**, in violation of Title 18, United States Code, Section 912)

## COUNT FOUR

Between on or about May 1, 2003, to on or about May 13, 2003, within the District of Columbia, the defendant, **NJOCK  EYONG,** and a person whose identity is known to the Grand Jury, did knowingly attempt to obtain documents prescribed by statute or regulation for entry into the United States, that is, a United States visa, knowing that it would be procured by means of false claim or statement, or to be otherwise procured by fraud.

**(Possession of Fraudulent Documents Prescribed for Entry into the United States and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1546(a) and 2)

## COUNT FIVE

Between on or about August 19, 2003, to on or about October 2, 2003, within the District of Columbia, the defendant, **NJOCK EYONG,** and a person known to the Grand Jury, did knowingly obtain documents prescribed by statute or regulation for entry into the United States, that is, a United States visa, knowing that it was procured by means of false claim or statement, or to be otherwise procured by fraud.

**(Possession of Fraudulent Documents Prescribed for Entry into the United States and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1546(a) and 2)

## COUNT SIX

Between on or about August 19, 2003, to on or about September 17, 2003, within the District of Columbia, the defendant, **NJOCK EYONG,** and persons known to the Grand Jury, did knowingly attempt to obtain documents prescribed by statute or regulation for entry into the United States, that is, United States visas, knowing that they would be procured by means of false claim or statement, or to be otherwise procured by fraud.

**(Possession of Fraudulent Documents Prescribed for Entry into the United States and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1546(a) and 2)

## COUNT SEVEN

Between on or about May 1, 2003 to on or about May 13, 2003, within the District of Columbia, the defendant, **NJOCK EYONG,** having devised a scheme to defraud, did transmit and cause to be transmitted in interstate and foreign commerce, by means of a wire communication, certain signs, signals, and sounds, that is, a telephone facsimile from Washington, D.C. to Berlin, Germany.

**(Fraud by Wire Scheme/Artifice to Defraud**, in violation of Title 18, United States Code, Section 1343)

## COUNT EIGHT

Between on or about August 19, 2003 to on or about September 17, 2003, within the District of Columbia, the defendant, **NJOCK EYONG,** having devised a scheme to defraud, did transmit and cause to be transmitted in interstate and foreign commerce, by means of a wire communication, certain signs, signals, and sounds, that is, a telephone facsimile from Washington, D.C. to Frankfurt, Germany.

**(Fraud by Wire Scheme/Artifice to Defraud**, in violation of Title 18, United States Code, Section 1343)

## COUNT NINE

Between on or about August 19, 2003 to on or about September 17, 2003, within the District of Columbia, the defendant, **NJOCK EYONG,** having devised a scheme to defraud, did transmit and cause to be transmitted in interstate and foreign commerce, by means of a wire communication, certain signs, signals, and sounds, that is, a telephone facsimile from Washington, D.C. to Yaounde, Cameroon.

**(Fraud by Wire Scheme/Artifice to Defraud**, in violation of Title 18, United States Code, Section 1343)

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia