

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| 700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101 | 202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | 417 Federal Building<br>515 West First Street<br>Duluth, MN 55802 | 212 U.S. Courthouse<br>118 South Mill Street<br>Fergus Falls, MN 56537 |
|---|---|---|---|
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

October 17, 2006

United States District Court
Attn: Clerk's Office
333 Constitution Ave., NW
Washington, DC 20001

**FILED**

**OCT 1 9 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:  USA v. Njock Eyong
     Our Case Number: 06mj377 JSM
     Your Case Number: 06-305

Dear Clerk:

### Rule 5 (formerly Rule 40) Removal Proceedings

[X] Enclosed please find certified copies of all documents filed in our court and the original Order Setting Conditions of Release and Bond.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

Jackie Ellingson, Deputy Clerk

cc:  David Steinkamp, Assistant U. S. Attorney
     Katherine Roe and Scott Tilsen, Public Defender
     Marshal Service (Rule 20 & 5 only)
     Pretrial Services (Rule 20 & 5 only)
     , Probation Officer ()(All except Rule 5)
     Financial Litigation Unit (Final & Transfer In)
     Financial Services Department (Final & Transfer In)
     File MJ 06-377 JSM

CLOSED, RULE5

# U.S. District Court
## District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:06-mj-00377-JSM-ALL
### Internal Use Only

Case title: USA v. Eyong　　　　　　　　　　Date Filed: 10/16/2006

Assigned to: Magistrate Judge Janie S Mayeron

**Defendant**

**Njock Eyong (1)**
*TERMINATED: 10/16/2006*

represented by **Katherian D Roe**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
612-664-5858
Fax: 612-664-5850
Email: katherian_roe@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Andrew H Mohring**
Office of the Federal Defender
107 US Courthouse
300 South Fourth Street
Mpls, MN 55415
(612) 664-5858
Fax: (612) 664-5850
Email: andrew_mohring@fd.org
*ATTORNEY TO BE NOTICED*

A true printed copy in 2 sheet(s) of the electronic record filed on _____, in the United States District Court for the District of Minnesota.
CERTIFIED, 10/17, 2006.
RICHARD D. SLETTEN
BY: [signature] Deputy Clerk

**Pending Counts**　　　　　　　　　　　　　**Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**　　　　　　　　　　　**Disposition**

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **David P Steinkamp**<br>US Attorney - Mpls<br>300 S 4th St Ste 600<br>Mpls, MN 55415<br>612-664-5600<br>Email: david.steinkamp@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2006 | 1 | Minute Entry for proceedings held before Magistrate Judge Janie S Mayeron :Initial Appearance in Rule 5(c) (3) Proceedings as to Njock Eyong held on 10/16/2006, Bond at $25,000 RPR. Removal Hearing waived. Removal Order to be issued. Charges from the District of Columbia. (Tape #15/3476-3774; 16/0-270) (GMO) (Entered: 10/16/2006) |
| 10/16/2006 | 2 | ORDER Setting Conditions of Release as to Njock Eyong (1) $25,000 RPR . Signed by Magistrate Judge Janie S Mayeron on 10/16/06. (GMO) (Entered: 10/16/2006) |
| 10/16/2006 | 3 | Appearance Bond Entered as to Njock Eyong in amount of $25,000 RPR. (GMO) (Entered: 10/16/2006) |
| 10/16/2006 | 4 | REQUEST FOR TRAVEL AUTHORIZATION by Njock Eyong by Njock Eyong. (Attachments: # 1 Certificate of Service)(Mohring, Andrew) (Entered: 10/16/2006) |
| 10/16/2006 | 5 | ORDER granting 4 REQUEST FOR APPEARANCE OF DEFENDANT AND FOR TRANSPORTATION EXPENSES PURSUANT TO 18:4285 as to Njock Eyong (1). Signed by Magistrate Judge Janie S Mayeron on 10/16/06. (JME) (Entered: 10/17/2006) |
| 10/16/2006 | 6 | ORDER OF REMOVAL to District of Columbia as to Njock Eyong . Signed by Magistrate Judge Janie S Mayeron on 10/16/06. (JME) (Entered: 10/17/2006) |