

# UNITED STATES DISTRICT COURT
### District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

October 18, 2006

Ms. Nancy Mayer-Whittington Clerk
United States District Court
1834 E. Barrett Prettyman
  United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Re:   Njock Eyong
        Our Case Number: 06mj377 JSM
        Your Case Number: 06-305

**FILED**

**OCT 2 0 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk:

### Initial Transfer Out
☐ Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

### Final Transfer Out
☐ Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

### Transfer In
☐ Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, Financial Case Inquiry Report and Docket Sheet for **only** this defendant.

### Rule 5 (formerly Rule 40) Removal Proceedings
☒ Enclosed please find a certified copy of Notice of Appearance and a certified copy of the updated docket sheet filed in our court.

### Rule 20
☐ Enclosed please find certified copies of the Docket Sheet, charging instrument, and Consent to Transfer pursuant to Rule 20.

**Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".**

Sincerely,

RICHARD D. SLETTEN, CLERK

*[signature]*
Leah E. Gilgenbach, Deputy Clerk

cc:   David Steinkamp, Assistant U. S. Attorney
        Andrew Mohring, Assistant Federal Public Defender
        Marshal Service (Rule 20 & 5 only)
        Pretrial Services (Rule 20 & 5 only)
        File 06mj377 JSM

criminal\transferletter.frm                                                                                                                  Form Modified 01/28/05

CM/ECF - District of Minnesota - Live - Docket Report    https://ecf.mnd.circ8.dcn/cgi-bin/DktRpt.pl?730326008591245-L_92...
Case 1:06-cr-00305-JDB    Document 4    Filed 10/20/2006    Page 2 of 3

CLOSED, RULE5

# U.S. District Court
## District of Minnesota (DMN)
### CRIMINAL DOCKET FOR CASE #: 0:06-mj-00377-JSM-ALL

Case title: USA v. Eyong                                    Date Filed: 10/16/2006

Assigned to: Magistrate Judge Janie S
Mayeron

**Defendant**

Njock Eyong (1)                       represented by  **Andrew H Mohring**
*TERMINATED: 10/16/2006*                              Office of the Federal Defender
                                                      107 US Courthouse
                                                      300 South Fourth Street
                                                      Mpls, MN 55415
                                                      (612) 664-5858
                                                      Fax: (612) 664-5850
                                                      Email: andrew_mohring@fd.org
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      Designation: Public Defender or
                                                      Community Defender Appointment

                                                      **Katherian D Roe**
                                                      Office of the Federal Defender
                                                      300 S 4th St Ste 107
                                                      Mpls, MN 55415
                                                      612-664-5858
                                                      Fax: 612-664-5850
                                                      Email: katherian_roe@fd.org
                                                      *TERMINATED: 10/17/2006*
                                                      Designation: Public Defender or
                                                      Community Defender Appointment

[Certification stamp: A true printed copy in 2 sheet(s) of the electronic record filed on ___, in the United States District Court for the District of Minnesota. CERTIFIED, 10-18, 2006. RICHARD D. SLETTEN, BY [signature], Deputy Clerk]

**Pending Counts**                                    **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

| **Plaintiff** | | |
|---|---|---|
| USA | represented by | **David P Steinkamp**<br>US Attorney - Mpls<br>300 S 4th St Ste 600<br>Mpls, MN 55415<br>612-664-5600<br>Email: david.steinkamp@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2006 | 7 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Njock Eyong (Mohring, Andrew) (Entered: 10/17/2006) |