IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Cr. No. 06-305 (JDB) |
| | : |
| **NJOCK EYONG,** | : |
| | : |
| **Defendant.** | : |

## MOTION FOR TRAVEL

Njock Eyong, through counsel, hereby move this Court to enter the attached Order, which will authorize and direct the marshal to make travel arrangements designed to bring Mr. Eyong from his home in Minnesota, to the next court date in the above captioned case, and to return him at the conclusion of the hearing. Government counsel was contacted and she indicated that the government takes no position with respect to the motion.

Mr. Eyong has previously been determined to be financially indigent and to qualify for court appointed counsel. Pursuant to 18 U.S.C. § 4285, this Court may

> direct the United States marshal to arrange for [an indigent defendant's] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

Accordingly, Mr. Eyong respectfully requests that the Court enter the attached Order directing the marshal to make appropriate arrangements to facilitate his appearance in court for

the status conference on December 13, 2006 at 9:15 a.m. and his return to Minnesota afer his appearance.

Respectfully submitted,

_____"/s/"_____
A.J. KRAMER
Federal Public Defender
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Cr. No. 06-305 (JDB) |
| | : |
| **NJOCK EYONG,** | : |
| | : |
| **Defendant.** | : |

## ORDER

Good cause having been shown, it is this _____ day of December, 2006,

**ORDERED** that pursuant to 18 U.S.C. § 4285, the Marshal's Service is to arrange for noncustodial transportation to and from the hearing scheduled for December 13, 2006 at 9:15 a.m.

BY THE COURT:

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE