UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

NJOCK EYONG,

Defendant.

Crimnal No. 06-305 (JDB)

FILED

DEC 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of [8] defendant's motion for travel, and defendant having shown that he is financially unable to provide the necessary transportation to appear before the Court, it is this _8th_ day of December 2006, hereby

ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal shall furnish the defendant noncustodial transportation from St. Paul, Minnesota, to Washington, D.C., to appear before the Court for a hearing scheduled for December 13, 2006, at 9:15 a.m., and transportation to return to St. Paul, Minnesota, after said hearing.

JOHN D. BATES
United States District Judge