IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Cr. No. 06-305 (JDB) |
| | : |
| **NJOCK EYONG,** | : |
| | : |
| **Defendant.** | : |

**UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

Defendant, NJOCK EYONG, respectfully requests that the Court continue the status conference currently scheduled for February 15, 2007, to a date convenient for the Court during the week of March 12, 2007. Counsel for the government, Assistant United States Attorney Barbara Kittay, has authorized undersigned counsel to state that the government does not oppose this motion.

As discussed at the last court appearance, defense counsel must obtain approval from the Administrative Office of the U.S. Courts to travel outside the United States. Such travel - - to Germany and Cameroon - - is necessary for the preparation of the defense in this case. Defense counsel has only recently obtained the approval for the travel. Travel plans have now been made, and travel will be completed before the week of March 12, 2007.

Only after completing the travel will the defense be in a position to advise the court and the government of the expected course of the case, and possible motions regarding depositions of foreign witnesses. Therefore, the continuance will allow the defense the opportunity for proper

preparation.[1]

For the above reasons, defendant respectfully requests that the court grant this unopposed motion, vacate the status conference scheduled for February 15, 2007, and continue it to a day during the week of March 12, 2007.

                        Respectfully submitted,

                        "/s/"
                        A.J. KRAMER
                        Federal Public Defender
                        625 Indiana Avenue, NW
                        Suite 550
                        Washington, DC 20004
                        (202) 208-7500

---

[1] There is no problem under the Speedy Trial Act with this request, as defendant has filed a motion to dismiss two counts of the indictment.

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Cr. No. 06-305 (JDB) |
| | : |
| **NJOCK EYONG,** | : |
| | : |
| **Defendant.** | : |

# ORDER

The status conference set for February 15, 2007, is vacated, and is now set for

March       , 2007 at              .m.


DATED: JANUARY      , 2007

JOHN D. BATES
UNITED STATES DISTRICT JUDGE