IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr. No. 06-305 (JDB) |
| NJOCK EYONG, | : | |
| Defendant. | : | |

FILED
MAR 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Good cause having been shown, it is this 13th day of, 2007,

**ORDERED** that pursuant to 18 U.S.C. § 4285, the Marshal's Service is to reimburse Mr. Eyong for reasonable expenses incurred for noncustodial transportation to and from the hearing held on March 13, 2007.

DATED: March 13, 2007

_____
HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE