UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. **06-305 (JDB)** |
| v. | : | GRAND JURY ORIGINAL |
| **NJOCK EYONG,** | : | VIOLATIONS:  18 U.S.C. § 912 |
| **Defendant.** | : | (False Personation of a Federal Official of the |
| | : | United States); |
| | : | 18 U.S.C. § 1546(a) |
| | : | (Fraud and Misuse of Visas, Permits, and |
| | : | Other Documents) |
| | : | 18 U.S.C. § 1343 |
| | : | (Fraud by Wire Scheme/Artifice to Defraud); |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |

# **I N D I C T M E N T**

The Grand Jury charges that:

## **COUNT ONE**

Between on or about May 1, 2003 to on or about May 13, 2003, within the District of Columbia and elsewhere, the defendant, **NJOCK EYONG,** together with others known and unknown to the grand jury, did falsely assume and pretend to be a federal official of the United States acting under the authority thereof, that is, Congressman Donald M. Payne, and in such assumed and pretended character, demanded that a United States visa be issued to an individual claiming to be named "Oben Tabi Eyong," and did aid and abet the same.

**(False Personation of a Federal Official of the United States**, in violation of Title 18, United States Code, Sections 912 and 2)

## COUNT TWO

Between on or about August 19, 2003 to on or about September 17, 2003, within the District of Columbia and elsewhere, the defendant, **NJOCK EYONG,** together with others known and unknown to the grand jury, did falsely assume and pretend to be a federal official of the United States acting under the authority thereof, that is, Congressman Donald M. Payne, and in such assumed and pretended character, demanded that United States visas be issued to nine (9) specific individuals then residing in Cameroon, and did aid and abet the same.

**(False Personation of a Federal Official of the United States**, in violation of Title 18, United States Code, Sections 912 and 2)

## COUNT THREE

Between on or about August 19, 2003 to on or about September 17, 2003, within the District of Columbia and elsewhere, the defendant, **NJOCK EYONG,** together with others known and unknown to the grand jury did falsely assume and pretend to be a federal official of the United States acting under the authority thereof, that is, Congressman Donald M. Payne, and in such assumed and pretended character, demanded that a United States visa be issued to an individual claiming to be named "Valery Donfack," and did aid and abet the same.

**(False Personation of a Federal Official of the United States**, in violation of Title 18, United States Code, Sections 912 and 2)

## COUNT FOUR

Between on or about May 1, 2003, to on or about May 13, 2003, within the District of Columbia and elsewhere, the defendant, **NJOCK EYONG**, and a person unknown to the grand jury, did knowingly present and cause to be presented to employees of the Consular Section of the Embassy of the United States, located in Berlin, Germany, a visa application on behalf of "Oben Tabi Eyong" which contained a statement, to wit, that the applicant intended to stay in the United States for "[e]leven days," which the defendant then and there knew was false, and did aid and abet the same.

**(Fraud and Misuse of Visas, Permits, and Other Documents and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1546(a) and 2)

## COUNT FIVE

Between on or about August 19, 2003, to on or about October 2, 2003, within the District of Columbia and elsewhere, the defendant, **NJOCK EYONG,** and persons unknown to the grand jury, did knowingly present and cause to be presented to employees of the Consular Section of the Embassy of the United States, located in Yaounde, Cameroon, visa applications, each of which contained a statement, to wit, that the applicant would be staying with "Donald M. Payne" and that the purpose of the trip was "to attend the 33rd Congressional Black Caucus Annual Legislative Conference," which the defendant then and there knew was false, and did aid and abet the same.

**(Fraud and Misuse of Visas, Permits, and Other Documents and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1546(a) and 2)

## COUNT SIX

Between on or about August 19, 2003, to on or about September 17, 2003, within the District of Columbia, and elsewhere, the defendant, **NJOCK EYONG,** and a person unknown to the grand jury, did knowingly present and cause to be presented to employees of the Consular Section of the Embassy of the United States, located in Frankfurt, Germany, a visa application and supplemental application on behalf of "Valery Donfack" which contained a statement, to wit, that the applicant's contact person in the United States was Congressman Donald Payne, which the defendant then and there knew was false, and did aid and abet the same.

**(Fraud and Misuse of Visas, Permits, and Other Documents and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1546(a) and 2)

## COUNTS SEVEN THROUGH NINE

1. Beginning on or about May 1, 2003 and continuing through on or about September 17, 2003, within the District of Columbia and elsewhere, the defendant, **NJOCK EYONG,** having devised and having intended to devise a scheme and artifice to defraud, did knowingly and willfully transmit and cause to be transmitted in interstate and foreign commerce, by means of a wire communication, certain writings, signs, signals, and pictures, that is, telephone facsimile communications as set forth hereinafter.

Purpose of the Scheme

2. It was the purpose of the scheme that the defendant would provide false documentation to cause consular officials in various embassies of the United States around the world to issue visas permitting non-U.S. citizens to enter the United States who would not otherwise have been eligible for the issuance of a visa and lawful admission into the United States.

Manner and Means of the Scheme

3.  It was part of the scheme and artifice that the defendant would and did appropriate and use, without permission, the stationery and signature stamp of a United States Congressman.

4.  It was further a part of the scheme and artifice that the defendant would and did write letters which falsely stated that the Congressman was inviting non-U.S. citizens to attend a meeting of the Congressional Black Caucus, in Washington, D.C.

5.  It was further a part of the scheme and artifice that the defendant would and did misrepresent further that the Congressman was paying all expenses for the travel to the United States.

6.  It was further a part of the scheme and artifice that the defendant would and did send these letters to non-U.S. citizens with instructions that they present them to consular officials at a United States embassy in the countries in which they resided.

7.  It was further a part of the scheme and artifice that the non-U.S. citizens would complete and present visa applications and supplemental visa applications which repeated the misrepresentations made in the unauthorized letters, including the false statement that the Congressman was sponsoring the visit to the United States.

8.  It was further a part of the scheme and artifice that the defendant would and did transmit and cause to be transmitted documents purporting to have been authorized by the Congressman, by telephone facsimile, from the Congressman's offices in Washington, D.C. to the consular officials in the various United States embassies.

9.  It was further a part of the scheme and artifice that the defendant would and did make telephone calls from the Congressman's offices in Washington, D.C., to the consular officials in the various United States embassies, to demand that the visas be issued to the non-U.S. citizens.

<u>Use of Wire Communication</u>

On or about the date of each Count listed below, in the District of Columbia and elsewhere, the defendant **NJOCK EYONG**, for the purpose of executing the above-described scheme and artifice to defraud, transmitted and caused to be transmitted by means of wire communication, writings, signs, signals, and pictures, including the following telephone facsimiles from the office of Congressman Donald Payne, in Washington, D.C.:

| <u>COUNT</u> | <u>DATE</u> | <u>RECIPIENT</u> |
|---|---|---|
| 7 | 05-09-03 | U.S. Embassy (Berlin, Germany) |
| 8 | 08-26-03 | U.S. Embassy (Frankfurt, Germany) |
| 9 | 09-10-03 | U.S. Embassy (Yaounde, Cameroon) |

**(Fraud by Wire Scheme/Artifice to Defraud**, in violation of Title 18, United States Code, Section 1343)

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia