UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Cr. No. 06-305 (JDB) |
| | : |
| **NJOCK EYONG,** | : |
| | : |
| **Defendant.** | : |

**UNOPPOSED MOTION FOR BRIEF EXTENSION OF TIME
TO FILE REPLIES**

The defendant, through counsel, hereby requests that the deadline for filing replies, currently set for Friday May 18, be extended until Tuesday, May 22. There are two pending motions – the defendant's motion to take depositions and the government's 404(b) motion. The motions hearing, which will be for legal argument only, not an evidentiary hearing, is scheduled for Tuesday, May 29, 2007. Counsel conferred with AUSA Barbara Kittay and was advised that the government does not oppose this motion.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER

\_\_\_\_\_/s/_____
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Cr. No. 06-305 (JDB) |
| | : | |
| **NJOCK EYONG,** | : | |
| | : | |
| **Defendant.** | : | |

ORDER

It is this _____ day of May, 2007, hereby ORDERED that the Defendant's Unopposed motion for an extension to file replies is granted. Replies, if any, to the pending motions, shall be filed on or before May 22, 2007.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

DATE: May ___, 2007