UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :        Criminal No.: 06-305 (JDB)
                                :
            v.                  :
                                :
NJOCK EYONG,                    :
                                :
            Defendant.          :

NOTICE OF INTENT TO REQUEST JUDICIAL REMOVAL
AND FACTUAL ALLEGATIONS IN SUPPORT OF
STIPULATED JUDICIAL ORDER OF REMOVAL

Notice is hereby given to the defendant, NJOCK EYONG, and to his attorneys of record herein, A. J. Kramer, Esquire, and Michelle Peterson, Esquire, that upon conviction and his surrender of asylum status in the United States, pursuant to the plea agreement in his case, the United States of America will request that a Stipulated Judicial Order of Removal be entered against defendant Eyong, pursuant to Section 238(c)(5) of the Immigration and Nationality Act (8 U.S.C. §1228(c)(5)).  In support of its request for an Order of Removal, the United States states as follows:

1.  The defendant, Njock Eyong, is not a citizen or national of the United States, and resides here only under a grant of asylum, which he has agreed to terminate.

2.  The defendant is a native of Cameroon, and a citizen of Cameroon.

3.  On July 5, 2007, the defendant pleaded guilty to False

-2-

Personation of a Federal Official of the United States, in
violation of 18 U.S.C. §912 (two counts), and Fraud and Misuse of
Visas, Permits, and Other Documents, in violation of 18 U.S.C.
§1546(a) (one count), in Criminal Case No. 06-305 (JDB), in U.S.
District Court for the District of Columbia.

4.   As part of his plea agreement in this case, the
defendant has agreed to the termination of his asylum status and
a stipulated Order of Removal.  Accordingly, pursuant to 8 U.S.C.
§1228(c)(5), the government requests that this Court, after
imposing sentence, order that the defendant be removed from the
United States so that promptly upon his release from conditions
or confinement herein, the Bureau of Customs and Immigration
Enforcement may execute said removal order according to
applicable laws and regulations.

5.   The government agrees, however, that execution of this
Order may be stayed for thirty (30) days after it is signed.

6.   The Field Office Director of the Bureau of Immigration
and Customs Enforcement, Baltimore District, on behalf of the
Director of Homeland Security, has filed the attached concurrence
in this request for an Order for Judicial Removal (*see* Attached
Exhibit A).

*  *  *  *  *

-3-

WHEREFORE, the United States requests that this Honorable Court issue a Stipulated Order for Judicial Removal.

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney
D.C. Bar Number 498610

/s/

By:
Barbara E. Kittay
D.C. Bar # 414216
Assistant U.S. Attorney
United States Attorney's Office
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-6940

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.: 06-305 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **NJOCK EYONG,** | : | |
| | : | |
| **Defendant.** | : | |

## STIPULATED ORDER OF JUDICIAL REMOVAL

WHEREAS, the defendant, NJOCK EYONG, and the United States have entered into a plea agreement in this matter, whereby the defendant has agreed to plead guilty to False Personation of a Federal Official of the United States, in violation of 18 U.S.C. §912, and Fraud and Misuse of Visas, Permits, and Other Documents, in violation of 18 U.S.C. §1546(a), and has further agreed, upon acceptance of this plea, to the termination of his asylum status and that the Court may order him removed to Cameroon; and

WHEREAS, the defendant has admitted to the following:

1) that the defendant is a native and citizen of Cameroon,

2) that the defendant has no claim to United States citizenship, to lawful immigration status, or to asylum in the United States, and

3) that the defendant is subject to removal from the United States under Title 8, United States Code, § 1227(a)(1)(B), and

-2-

WHEREAS, the Court has accepted the defendant's guilty plea and approved the plea agreement entered into by the parties;

AND WHEREAS, the Director of Homeland Security concurs with the decision of the United States Attorney's Office to seek the defendant's removal;

IT IS HEREBY ORDERED, pursuant to Title 8, United States Code, Section 1228(c)(5), that the defendant, NJOCK EYONG, is removable from the United States under Title 8, United States Code, Section 1227(a)(1)(B), and he shall be removed to Cameroon or such other country as the Director of Homeland Security may by law direct;

AND IT IS FURTHER ORDERED that the Director of Homeland Security shall execute this Order no sooner than 30 days after the entry of this Order or the defendant's release from confinement, whichever is later, according to the applicable immigration laws and regulations.

_____
JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE

Copies to:
Barbara E. Kittay                    Michelle Peterson, Esq.
Assistant U.S. Attorney              Ofc. of the Fed. Defender
Federal Major Crimes Section         625 Indiana Avenue, N.W.
555 Fourth Street, N.W.              Washington, D.C. 20004
Washington, D.C.  20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 06-305 (JDB) |
| | : | |
| v. | : | |
| | : | |
| NJOCK EYONG, | : | |
| | : | |
| Defendant. | : | |

## CONCURRENCE OF IMMIGRATION AND CUSTOMS ENFORCEMENT

Based on the information presented to me by the United

States Attorney's Office for the District of Columbia, and

immigration records maintained by my office, I concur, on behalf

of the Director of Homeland Security, with the decision of the

United States Attorney to seek a stipulated judicial order of

removal against the defendant, NJOCK EYONG.  I have made this

decision with the understanding that the defendant and his

counsel have agreed to the termination of his asylum status and

the entry of this judicial order of removal and have further

agreed to waive any notice or hearing the defendant might

otherwise be due under the provisions of Title 8, United States

Code, Sections 1228(c)(2) and (3).

JUL 1 2 2007
_____
Date

_____
Field Office Director
Immigration & Customs Enforcment
Baltimore Field Office