UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :      Criminal No.: 06-305 (JDB)
                              :
            v.                :
                              :
NJOCK EYONG,                  :
                              :
        Defendant.            :

**FILED**

**JUL 1 7** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STIPULATED ORDER OF JUDICIAL REMOVAL

WHEREAS, the defendant, NJOCK EYONG, and the United States
have entered into a plea agreement in this matter, whereby the
defendant has agreed to plead guilty to False Personation of a
Federal Official of the United States, in violation of 18 U.S.C.
§912, and Fraud and Misuse of Visas, Permits, and Other
Documents, in violation of 18 U.S.C. §1546(a), and has further
agreed, upon acceptance of this plea, to the termination of his
asylum status and that the Court may order him removed to
Cameroon; and

WHEREAS, the defendant has admitted to the following:

1) that the defendant is a native and citizen of Cameroon,

2) that the defendant has no claim to United States
citizenship, to lawful immigration status, or to asylum in
the United States, and

3) that the defendant is subject to removal from the United
States under Title 8, United States Code, § 1227(a)(1)(B),
and

-2-

WHEREAS, the Court has accepted the defendant's guilty plea and approved the plea agreement entered into by the parties;

AND WHEREAS, the Director of Homeland Security concurs with the decision of the United States Attorney's Office to seek the defendant's removal;

IT IS HEREBY ORDERED, pursuant to Title 8, United States Code, Section 1228(c)(5), that the defendant, NJOCK EYONG, is removable from the United States under Title 8, United States Code, Section 1227(a)(1)(B), and he shall be removed to Cameroon or such other country as the Director of Homeland Security may by law direct;

AND IT IS FURTHER ORDERED that the Director of Homeland Security shall execute this Order no sooner than 30 days after the entry of this Order or the defendant's release from confinement, whichever is later, according to the applicable immigration laws and regulations.

Dated: July 17, 2007

_____
JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE

Copies to:
Barbara E. Kittay
Assistant U.S. Attorney
Federal Major Crimes Section
555 Fourth Street, N.W.
Washington, D.C.  20530

Michelle Peterson, Esq.
Ofc. of the Fed. Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004